UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY GRANT JONES,

        Petitioner,        Case No. 1:11-cv-488

v.        Honorable Paul L. Maloney

CARMEN PALMER,

        Respondent.
_____/

**ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  October 17, 2011        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge